AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**CRIMINAL COMPLAINT**

| HASSAN ZAID ABDELQADER | BRANDON LEE WILLIAMS | JOSEPH MICHAEL McGHEE |
|---|---|---|
| DOB: XX/XX/XX | DOB: X/XX/XX | DOB: XX/XX/XX |
| PDID: XXX-XXX | PDID: XXX-XXX | PDID: XXX-XXX |

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 16, 2007__ in __WASHINGTON__, in the District of __COLUMBIA__, the defendants did, (Track Statutory Language of Offense)

knowingly transport and shipped in interstate commerce, from the Commonwealth of Virginia to the District of Columbia, stolen firearms, a Taurus, model 817, 38 caliber revolver, serial number A0473982 and a Beretta, 22 caliber, semi-automatic pistol, serial number P79968, knowing and having reasonable cause to know the firearms were stolen, in violation of Title 18, United States Code, Sections 922(i) and (24(a) 924(a)(2).

in violation of Title __18__ United States Code, Section(s) __922(i)__.

I further state that I am __SPECIAL AGENT AARON YBARRA__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant
**SPECIAL AGENT AARON YBARRA**
**ALCOHOL, TOBACCO, FIREARM AND EXPLOSIVES**

Sworn to before me and subscribed in my presence,

_____ _____    at    Washington, D.C._____
Date                                          City and State

_____          _____
Name & Title of Judicial Officer              Signature of Judicial Officer

**STATEMENT OF FACTS**

Beginning in early August 2007, members of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) developed credible information concerning the location of firearms that were stolen from Federal firearms licensees in Washington, Virginia, on July 20, 2007, and Manassas, Virginia, on August 7, 2007. That investigation revealed that three individuals, Hassan Zaid Abdelqader, Joey LNU, and Brandon LNU were potentially in possession of firearms stolen from these locations. Investigation also revealed that these individuals would be driving a red SUV with Virginia license plates, and that these individuals had previously sold firearms in the District of Columbia.

Based on this information, members of the ATF conducted a stop of a red 2003 Ford Expedition on August 16, 2007, at 9:30 p.m. in the 600 Block of Randle Place SE, Washington, DC. During the course of this stop, ATF agents observed, in plain view, the handle of a firearm in the back pocket of the front passenger seat. Investigators identified the driver of the vehicle as Joseph Michael McGhee, the front passenger as Hassan Zaid Abdelqader, and the right rear passenger as Brandon Lee Williams. The vehicle was subsequently searched. The search revealed a Taurus Model 817 .38 caliber revolver, serial number A0473982, in the back pocket of the front passenger seat. In addition, investigators found a Beretta .22 caliber semi-automatic pistol, serial number P79968, under the right front passenger seat. The serial numbers from the Taurus revolver matched the serial number of a weapon stolen from the Federal Firearms dealer in Washington, VA. The serial number from the Beretta matched the serial number of a weapon stolen from the Manassas, Virginia store.

All three defendants were transported to the ATF office in Northwest, Washington DC for arrest and processing. ATF agents advised the defendants of their rights in the presence of other agents. All three defendants waived their rights and gave statements.

Defendant Abdelqader admitted to purchasing weapons from an individual known to him as "White Boy" on numerous occasions. On each occasion, the two met in Virginia. During one of these purchases, "White Boy" asked for a higher price than he had in previous transactions. When he did so he told Defendant Abdelqader: "Did you see the news last night?" and "I didn't get these alone." Defendant Abdelqader subsequently observed a television news broadcast concerning the Manassas, Virginia, firearms burglary and thought he recognized "White Boy."
Defendants McGhee and Williams each admitted to purchasing firearms from "White Boy."

    Investigation has identified "White Boy" as an individual known as Michael Wayne Lewis II.  All three defendants identified Lewis as the person from whom they had purchased firearms. Defendants also admitted that they had purchased the firearms found in the Ford Expedition from Lewis.

                                              SPECIAL AGENT AARON YBARRA
                                              BUREAU OF ALCOHOL, TOBACCO,
                                              FIREARMS, AND EXPLOSIVES

SWORN AND SUBSCRIBED BEFORE ME ON THIS __ DAY OF AUGUST, 2007.

                                              U.S. MAGISTRATE JUDGE